IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CALVIN W. TERRY
ADC #116765                                                                       PLAINTIFF

v.                             No. 1:19-cv-22-DPM

TOM BRADSHAW, Chaplain, Grimes Unit;
DEANGELO EARL, Warden, Grimes Unit;
DEXTER PAYNE, Chief Deputy/Assistant
Director, ADC; and WENDY KELLEY,
Director, ADC                                                                     DEFENDANTS

ORDER

1. After Magistrate Judge Volpe filed his recommendation, *Doc. 50*, the Court received a supplemental amended summary judgment response from Terry, *Doc. 51*. The Court has read and considered that paper in ruling on the recommendation.

2. Terry's embedded objection about discovery is overruled. *Doc. 52 at 1–2*. Magistrate Judge Volpe did not clearly err or misapply the law in denying without prejudice Terry's post-deadline motion to extend discovery. *Doc. 31 & 32*; FED. R. CIV. P. 72(a).

3. On *de novo* review, the Court adopts Magistrate Judge Volpe's careful recommendation, *Doc. 50*, and overrules Terry's objections, *Doc. 52*. FED. R. CIV. P. 72(b)(3). Terry's claims for injunctive relief are moot; and he hasn't shown that the defendants substantially burdened

his ability to practice his religion.  The motion for summary judgment, *Doc. 37*, is therefore granted.  Terry's remaining claims will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 August 2020