IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CALVIN W. TERRY
ADC #116765                                                                     PLAINTIFF

v.                          No. 1:19-cv-22-DPM

TOM BRADSHAW, Chaplain, Grimes Unit;
RAYLINA RAMSEY, Classification, Grimes
Unit; MAURICE CULCLAGER, Major, Grimes
Unit; STEVEN RICKETTS, Assistant Warden,
Grimes Unit; DEANGELO EARL, Warden,
Grimes Unit; GARY MUSSELWHITE,
Warden, Grimes Unit; DEXTER PAYNE,
Chief Deputy/Assistant Director, ADC;
and WENDY KELLEY, Director, ADC                              DEFENDANTS

## JUDGMENT

Terry's claims against Culclager, Ricketts, Musselwhite, and Ramsey are dismissed without prejudice. Terry's claims against Bradshaw, Earl, Payne, and Kelley are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 August 2020